UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                        No.: 8:21-cr-62-CEH-SPF

IVAN LAMAR VASQUEZ
_____/

## ORDER

Before the Court is Defendant Ivan Lamar Vasquez's Corrected Motion for Pretrial Release (Doc. 28). At his detention hearing, Vasquez reserved on the issue of bond. Vasquez has no right to a second detention hearing to consider conditions of release. The original detention hearing, however, "may be reopened . . . if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. §3142(f). In his motion, Vasquez fails to identify information that was not known to the him at the time of his initial detention hearing that would have a material bearing on the issue of his release. Accordingly, Vasquez's motion is denied without prejudice.

**Ordered** in Tampa, Florida, on April 27, 2021.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE