# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO: 8:21-cr-62-CEH-SPF

IVAN LAMAR VASQUEZ
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Sean P. Flynn on July 10, 2023, recommending that Defendant's Motion to Dismiss the Indictment (Doc. 156) be **DENIED** (Doc. 166). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is now

**ORDERED AND ADJUDGED** that:

1. The Report and Recommendation of the Magistrate Judge (Doc. 166) is adopted, confirmed, and approved in all respects and is made part of this Order for all purposes, including appellate review.

2. Defendant's Motion to Dismiss the Indictment (Doc. 156) is **DENIED**.

**DONE and ORDERED** in Tampa, Florida on August 2, 2023.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services